CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Prathima Price, Esq., SBN 321378
Dennis Price, Esq., SBN 279082
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ORLANDO GARCIA, | **Case:** 3:21-cv-06547-RS |
|---|---|
| Plaintiff, | |
| v. | **Plaintiff's Notice of Voluntary Dismissal With Prejudice** |
| DOWNONTHEBAYOU PRODUCTIONS, a California Corporation, | |
| | **Fed. R. Civ. P. 41(a)(1)(A)(i)** |
| Defendants. | |

**PLEASE TAKE NOTICE** that Plaintiff Orlando Garcia, hereby voluntarily dismisses the above captioned action <u>with</u> prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Defendant Downonthebayou Productions has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

Dated: September 22, 2021     CENTER FOR DISABILITY ACCESS

By:   /s/ Amanda Seabock
Amanda Seabock
Attorneys for Plaintiff

Plaintiff's Notice of Voluntary Dismissal With Prejudice Pursuant to
Federal Rule of Civil Procedure 41(a)(1)(A)(i)